Douglas SCZYGELSKI, Appellant

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION, Appellee.

No. 14–5266.

United States Court of Appeals, District of Columbia Circuit.

March 24, 2015.

Douglas Sczygelski, Bismarck, ND, pro se.

R. Craig Lawrence, Rafique Omar Anderson, Esquire, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: ROGERS, GRIFFITH, and MILLETT, Circuit Judges.

### ORDER

PER CURIAM.

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied. The merits of the parties' positions are not so clear as to warrant summary action. *See Taxpayers Watchdog, Inc. v. Stanley,* 819 F.2d 294, 297 (D.C.Cir.1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.